1  Ralph C. Loeb, Esq. (#124773)
   Email: ralph@kranesmith.com
2  **KRANE & SMITH**
   16255 Ventura Boulevard
3  Suite 600
   Encino, CA 91436
4
   Tel: (818) 382-4000
5  Fax: (818) 382-4001

6  Attorneys for Plaintiff
   JESSICA McCLINTOCK, INC.
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JESSICA McCLINTOCK, INC., a        | CASE NO. CV 10-5873-JF
   | California corporation,            |
12 |                                    | [Before the Honorable Jeremy Fogel]
   |         Plaintiff,                 |
13 |                                    | ~~[PROPOSED]~~ **ORDER RE:
   | vs.                                | CONTINUANCE OF CASE
14 |                                    | MANAGEMENT CONFERENCE**
   | BETSY & ADAM, LTD., a New          |
15 | York corporation,                  |
                                        
16 |         Defendant.                 |

                            1

1  The Court, having reviewed Plaintiff, JESSICA McCLINTOCK, INC.'s unopposed
2  Ex Parte Application to Continue Case Management Conference and the accompanying
3  Declaration of Ralph C. Loeb, and good cause appearing therefor,

4  **IT IS HEREBY ORDERED THAT:**

5  The Case Management Conference currently scheduled for March 25, 2011 is hereby
6  continued to April 15, 2011 at 10:30 a.m. in Courtroom 3 on the 5th Floor of the United States
7  District Court, 280 South First Street, San Jose, California.

9  DATED: 3/23  , 2011

   HON. JEREMY FOGEL
   UNITED STATES DISTRICT COURT

28  2

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES.

   I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 16255 Ventura Boulevard, Suite 600, Encino, California 91436-2302.

   On **March 22, 2011**, I caused the foregoing document described as:

**[PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed to the parties as follows:

| | |
|---|---|
| Jed R. Schlacter<br>SCHLACTER & ASSOCIATES<br>450 Seventh Avenue<br>Suite 1308<br>New York, NY 10123 | |

**√ BY MAIL**
   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepared at Encino, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
   __ **BY EMAIL TRANSMISSION:** I caused the foregoing to be sent by email to the above email addresses.

   __ **PERSONAL SERVICE** I caused to be delivered such envelope by hand to the offices of the addressee listed above.

   _ **BY FACSIMILE TRANSMISSION:** I caused the foregoing document without Exhibits to be transmitted to the interested parties herein to the facsimile numbers listed above, with a confirmation report thereof being duly received.

   **XX** __ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

   Executed on **March 22, 2011**, at Encino, California.

*Desiree LB Zachary*

3

[PROPOSED] ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE-CV 10 5873-JF